UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-26112 |
| DALE R. NEITZEL ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Janet S. Baer | |
| ) | Kane | |
| ) | | |
| Debtor(s) ) | | |

# ORDER MODIFYING AUTOMATIC STAY

This cause coming before the Court upon the Motion of ACAR LEASING LTD, D/B/A GM FINANCIAL LEASING, to Modify the Automatic Stay pursuant to section 362 of the Bankruptcy Code, 11 U.S.C. § 362, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Motion of ACAR LEASING LTD, D/B/A GM FINANCIAL LEASING, to Modify Automatic Stay is granted as set forth herein;

2. That the automatic stay provided by section 362 of the Bankruptcy Code is modified to permit ACAR LEASING LTD, D/B/A GM FINANCIAL LEASING, to take possession of, sell, and foreclose its security interest in the 2015 Chevrolet Malibu motor vehicle bearing a Vehicle Identification Number of 1G11C5SL9FF251615, which is the subject of its Motion and as provided by Illinois law and statute; and,

3. That Bankruptcy Rule 4001(a)(3) is waived by the Court.

Enter: *[signature]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: August 23, 2019

**Prepared by:**

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)